**PARSHAL et al. v. HARRIS, Trustee. et al.**

No. 15078—Opinion Filed Sept. 23, 1924.

(Syllabus.)

**Appeal and Error—Time for Filing—Dismissal.**

Where an appeal from an order dissolving a temporary injunction is filed in the Supreme Court more than 30 days from date of order, the same will be dismissed.

Error from Superior Court, Okmulgee County.

Action between D. S. Parshal et al. and Chas. L. Harris, Trustee, et al. From the judgment, the former appeals. Dismissed.

Eaton & Gilder, for plaintiffs in error.

Harris & Wheeler and Steele & Boatman, for defendants in error.

PER CURIAM. Defendant in error moves the court to dismiss the appeal because not filed in this court within the time provided by statute. This is an appeal from an order dissolving a temporary injunction. The order was made on the 19th of December, 1923, and the appeal filed in this court on the 19th day of January, 1924. Section 809, Comp. Stat. 1921, requires that appeal from an order dissolving a temporary injunction shall be filed in the Supreme Court within 30 days from the date of the order. The appeal in this case was filed one day too late, and is dismissed.